In re __JESSE HINTON_____, Debtor(s)  15-13132

# AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate.

[  ]  **Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled Spouse."**

| | |
|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $1,200.00 |
| **Mortgages on rental units** | |
| Are real estate taxes included?          Yes __X__      No ____ | |
| Is property insurance included?          Yes __X__      No____ | |
| Utilities  Electricity and heating fuel | $250.00 |
|           Water and sewer | $70.00 |
|           Telephone | $170.00 |
|           Other _____ | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $700.00 |
| Clothing | $175.00 |
| Laundry and dry cleaning | $50.00 |
| Child care | $ |
| Medical and dental expenses | $100.00 |
| Transportation (not including car payments) | $200.00 |
| Auto Maintenance | $50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|           Homeowner's or renter's | $ |
|           Life | $ |
|           Health | $ |
|           **Auto** | $319.00 |
|           Other _____ | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify)_____ | $ |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|           Auto | $ |
|           Other _____ | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other _____    School expenses _____ | $ 350.00 |

**TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)**          $3,734.00

**Inc.  $7,566.00**

**Exp.  $3,734.00**

**Exc.  $3,832.00**