UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:   15-13132
Jesse L. Hinton  )
  )   Chapter:  13
  )
  )   Honorable Jacqueline Cox
  )
Debtor(s)  )

## Order Granting Relief From the Automatic Stay

A. The motion is hereby granted. The Receiver is granted relief from the automatic stay pursuant to § 362 of the Bankruptcy Code to allow for the Receiver to move for discharge of receivership for the real properties located at 7451 S. Ellis Avenue, Chicago, Illinois 60619 Case No.: 2014 CH 13294, 11442-11444 S. Champlain Avenue, Chicago, Illinois 60628 Case No.: 2014 CH 14767, and 11430 S. Champlain, Chicago, Illinois 60628 Case No.: 2014 CH 14768, all to be effective nunc pro tunc to the date the Receiver turned over possession of the Properties on or about April 10, 2015 pursuant to Section 543(b);

B. The Court hereby confirms that possession of the real properties located at 7451 S. Ellis Avenue, Chicago, Illinois 60619, 11442-11444 S. Champlain Avenue, Chicago, Illinois 60628, and 11430 S. Champlain, Chicago, Illinois 60628 have been turned over to the Debtor pursuant to 11 U.S.C. § 543(b) on or about April 10, 2015;

C. The City of Chicago shall remove Steven S. Spinell, Kinzie Real Estate Group, Kinzie Real Estate Services, and any "Kinzie" entity from any and all affiliated accounts including, but not limited to, the Water Department, for the properties located at 7451 S. Ellis Avenue, Chicago, Illinois 60619, 11442-11444 S. Champlain Avenue, Chicago, Illinois 60628, and 11430 S. Champlain, Chicago, Illinois 60628, effective nunc pro tunc to the date the bankruptcy stay was in effect on April 10, 2015;

Enter:

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 8/16/17

**Prepared by:**
Phillip N. Coover, Esquire
Schenk Annes Tepper Campbell, Ltd.
311 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606-6674
Telephone: (312) 554-3100
Attorney Number: 6292602
pcoover@satcltd.com

Rev: 20170105_bko